UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP W. SIMON,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DEBORAH A. CUMBA,<br><br>　　　　　　　　　　Defendant, | Case No. 3:25-CV-00107-CAB-MSB<br><br>**ORDER DISMISSING REQUEST FOR ENTRY OF DEFAULT**<br><br>[Doc. No. 13] |

　　　Plaintiff has filed a request for entry of default judgment against Defendant. [Doc. No. 13.] But Defendant filed a timely motion to dismiss the complaint on Feb. 13, 2025. [Doc. No. 10.] Defendant has clearly raised a defense before this Court. Fed. R. Civ. P. 55(a); *see Song v. Deeds*, 947 F.2d 951 (9th Cir. 1991) (explaining that a motion to dismiss constitutes an effort to "otherwise defend" the lawsuit).

///

///

///

Plaintiff's motion for default judgment is denied.

It is **SO ORDERED**.

Dated: February 24, 2025

_____
Hon. Cathy Ann Bencivengo
United States District Judge